SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
SAMANTHA D. HARDY, Cal. Bar No. 199125
TENAYA RODEWALD, Cal. Bar No. 248563
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone:      650.815.2600
Facsimile:      650.815.2601
Email:          shardy@sheppardmullin.com
                trodewald@sheppardmullin.com

ENTERPRISE, INC., JYC INTERNATIONAL, INC.,
and FLS FOODS, INC. (erroneously sued as JYC
Foods)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| INN FOODS, INC., | Case No. 5:18-cv-01034-NC |
|     Plaintiff and Counterclaim Defendant, | **STIPULATION OF DISMISSAL AND ORDER** |
|     v. | |
| JYC ENTERPRISE, INC., JYC INTERNATIONAL, INC., and JYC FOODS, and DOES 1-10, | |
|     Defendants and Counterclaimants. | |
| JYC ENTERPRISE, INC., JYC INTERNATIONAL, INC., and FLS FOODS, INC., | |
|     Counterclaimants, | |
|     v. | |
| INN FOODS, INC., and THE VPS COMPANIES, INC,, | |
|     Counterclaim Defendants. | |

Plaintiff and Counterclaim Defendant Inn Foods, Inc, and Counterclaim Defendant The

VPS Companies, Inc, and Defendants and Counterclaimants JYC Enterprise, Inc, JYC

International, Inc., and FLS Foods, Inc. (the "Parties") have reached an agreement to settle the

claims and counterclaims before the Court in this action. Pursuant to that settlement agreement and Rule 41 of the Federal Rules of Civil Procedure, the Parties stipulate to the dismissal of all claims and counterclaims in this action with prejudice. Each party shall bear all of its own respective attorneys' fees and costs.

Dated:  June 28, 2018    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By       */s/ Tenaya M. Rodewald*
             SAMANTHA D. HARDY
             TENAYA M. RODEWALD
    Attorneys for Defendants and Counterclaimants
             JYC ENTERPRISE, INC., JYC
    INTERNATIONAL, INC., and FLS FOODS, INC.


Dated:  June 28, 2018    JOHNSON & JAMES LLP
                LAW OFFICES OF HARRY FINKLE


By       */s/ Harry Finkle*
               HARRY FINKLE
    Attorneys for Plaintiff and Counterclaim Defendant
      INN FOODS, INC., and Counterclaim Defendant
           THE VPS COMPANIES, INC..


### ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiff and Counterclaim Defendant INN FOODS, INC., and Counterclaim Defendant THE VPS COMPANIES, INC., whose electronic signature appears above has concurred in this filing.

Dated:  June 28, 2018    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By       */s/ Tenaya M. Rodewald*
             SAMANTHA D. HARDY
             TENAYA M. RODEWALD
   Attorneys for Defendants and Counterclaimants JYC
     ENTERPRISE, INC., JYC INTERNATIONAL,
           INC., and FLS FOODS, INC.

## <u>ORDER</u>

Based upon the stipulation of the parties, and good cause appearing therefor, all claims and counterclaims of Plaintiff and Counterclaim Defendant Inn Foods, Inc, and Counterclaim Defendant VPS Companies, Inc, and Defendants and Counterclaimants JYC Enterprise, Inc., JYC International, Inc., and FLS Foods, Inc., are hereby dismissed with prejudice.

Dated: _____ June 28, 2018 _____



_____

Magistrate Judge N

Case No. 5:18-cv-01034-NC

STIPULATION OF DISMISSAL AND ORDER

SMRH:486887957.1